# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL THORNTON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:10-cv-00058-AKK-JEO** |
| **WARDEN LEON FORNISS and** ) | |
| **THE ATTORNEY GENERAL OF** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by Michael Thornton. (Doc. 1). After preliminary review, the magistrate judge assigned this case issued a report and recommendation finding that the petition was due to be dismissed with prejudice as time-barred and procedurally barred. (Doc. 11). On September 29, 2011, the petitioner filed a four-page objection to the magistrate judge's report and recommendation, reasserting his initial argument that he is "actually innocent and the petition was based on newly discovered evidence." (Doc. 12 at 1). The court has considered this objection, but finds it to be without merit. As discussed in the report and recommendation, the petitioner fails to overcome the time and procedural bars on

his petition because he failed to establish that he acted with due diligence to discover the factual predicate of his innocence claims, or that the alleged DNA test results clearly establish that he is actually and factually innocent.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the petitioner, the court is of the opinion that the magistrate judge's report is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be **DISMISSED** with prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this the 30th day of September, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE